# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | )  |
|---|---|
| v. | ) |
| Mario Anthony Ochoa | ) Case No: 2:06-cr-00314-MCE-1 |
|  | ) USM No: 16570-097 |
| Date of Original Judgment: July 23, 2007 | ) |
| Date of Previous Amended Judgment: | ) David M. Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 90 months **is reduced to** 66 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated July 23, 2007 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/17/2011

*Judge's signature*

Effective Date: 
*(if different from order date)*

Morrison C. England, Jr., United States District Judge
*Printed name and title*